UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00065 |
| | ) | JUDGE CAMPBELL |
| QUINCY MAURICE FUQUA | ) | |

## ORDER

Pending before the Court are Defendant Fuqua's Motion To Dismiss Counts Four And Five Of The Indictment Or In The Alternative Bifurcate Counts For Trial (Docket No. 240), and Motion In Limine (Docket No. 244). For the reasons stated on the record at trial on December 4, 2012, the Motion To Dismiss Or Bifurcate (Docket No. 240) is DENIED, and the Motion In Limine (Docket No. 244) is MOOT as to items 1, 3, and 4, and is RESERVED as to item 2.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE