UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00065 |
| | ) | JUDGE CAMPBELL |
| QUINCY MAURICE FUQUA | ) | |

## ORDER

Pending before the Court is Defendant's Motion For Second Extension Of Time To File Supplemental Memorandum In Support Of Defendant's Motion For Judgment Of Acquittal Notwithstanding The Verdict And, In The Alternative, Motion For New Trial (Docket No. 265). The Motion is GRANTED. Accordingly, the Defendant shall have until January 16, 2013 in which to file a supplemental memorandum, and the Government shall have until February 8, 2013 in which to file a response.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE