UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          NO.3:10-00065
                                  )          JUDGE CAMPBELL
QUINCY MARUICE FUQUA              )


ORDER


Pending before the Court is a Motion for Extension of Time to Respond to Motion for New

Trial (Docket No. 277). The Motion is GRANTED.

The Government shall have until February 28, 2013, to response to the Motion.

It is so ORDERED.


TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE