UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00065 |
| | ) | JUDGE CAMPBELL |
| QUINCY MAURICE FUQUA | ) | |

ORDER

Pending before the Court is the Government's Motion For Extension Of Time To Respond To Motion For New Trial (Docket No. 283). Through the Motion, the Government seeks an extension of time, until March 12, 2013, in which to respond to the Defendant's pending Motion For New Trial.

The Motion is GRANTED. Accordingly, the Government shall have until March 12, 2013 in which to respond to the Defendant's Motion.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE