UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00065 |
| | ) | JUDGE CAMPBELL |
| QUINCY MAURICE FUQUA | ) | |

ORDER

Pending before the Court is the Government's Motion To Supplement The Record (Docket No. 393). Through the Motion, the Government seeks to supplement the record by having the Court file a copy of the jury instructions in this case.

The Motion is DENIED, as the jury instructions given by the Court are part of the transcript of the trial, and may be made a part of the record on appeal through the filing of the transcript.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE