UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) No. 3:10-cr-00065 | |
| | ) Judge Trauger | |
| v. | ) | |
| | ) | |
| QUINCY MAURICE FUQUA, | ) | |

# O R D E R

Pending before the court is Quincy Fuqua's *pro se* motion for relief pursuant to 18 U.S.C. § 3582 (Docket No. 437), to which the government has responded in opposition (Docket No. 455).

For the reasons explained in the memorandum entered contemporaneously herewith, the defendant's motion is hereby **DENIED**.

It is so **ORDERED**.

Aleta A. Trauger
United States District Judge